1　RUSSELL J. FRACKMAN (State Bar No. 49087)
　　PATRICIA H. BENSON (State Bar No. 60656)
2　STEVEN B. FABRIZIO (*pro hac vice*)
　　MITCHELL SILBERBERG & KNUPP LLP
3　11377 West Olympic Boulevard
　　Los Angeles, CA  90064-1683
4　Telephone:  (310) 312-2000
　　Facsimile:  (310) 312-3100
5
　　Attorneys for Defendants and Counterclaimants
6

7　　　　　　　UNITED STATES DISTRICT COURT

8　　　　　　NORTHERN DISTRICT OF CALIFORNIA

9　　　　　　　　SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11　321 STUDIOS, also known as 321 Studio, LLC, | Case No.: C 02-1955-SI |
| 12　　　　　　　　　Plaintiff, | **DECLARATION OF MARC E. MAYER IN SUPPORT OF MOTION OF DEFENDANTS AND COUNTERCLAIMANTS FOR PARTIAL SUMMARY JUDGMENT** |
| 　　　　v. | |
| 13　METRO-GOLDWYN-MAYER STUDIOS INC.; TRISTAR PICTURES, INC.; COLUMBIA PICTURES INDUSTRIES, INC.; SONY PICTURES ENTERTAINMENT, INC.; TIME WARNER ENTERTAINMENT CO. L.P.; DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS, INC.; and THE SAUL ZAENTZ COMPANY, | Date:  February 28, 2003 Time: 9:00 a.m. Courtroom: 10, 19th Floor |
| 17　　　　　　　　　Defendants. | Judge: Hon. Susan Illston |
| 18　METRO-GOLDWYN-MAYER STUDIOS INC.; TRISTAR PICTURES, INC.; COLUMBIA PICTURES INDUSTRIES, INC.;TIME WARNER ENTERTAINMENT COMPANY, L.P.; DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS LLLP, formerly known as UNIVERSAL CITY STUDIOS, INC.; and THE SAUL ZAENTZ COMPANY, | |
| 23　　　　　　　　　Counterclaimants, | |
| 　　　　v. | |
| 25　321 STUDIOS, also known as 321 Studio, LLC,; ROBERT MOORE, an individual; ROBERT SEMAAN, an individual; and VICTOR MATTISON, an individual, | |
| 27　　　　　　　　　Counterclaim Defendants. | |

28

I, Marc E. Mayer, declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California.  I am associated with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Defendants and Counterclaimants in this action.  I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.  Attached as Exhibit A is a true and correct copy of a printout of the Internet web page "http://www.dvdcopyplus.com," which I located and directed to be printed from the Internet on January 9, 2003.  I looked at this website because the Complaint and First Amended Complaint in this action allege that 321 Studios does business as "www.dvdcopyplus.com." (Complaint, ¶ 4; First Amended Complaint ("FAC"), ¶ 4).

3.  Attached as Exhibit B is a true and correct copy of a printout of the Internet web page "http://www.dvdxcopy.com," which I located and directed to be printed from the Internet on January 9, 2003.  I looked at this website because the First Amended Complaint in this action alleges that 321 Studios does business as "www.dvdxcopy.com." (FAC, ¶ 4).

4.  Attached as Exhibit C is a true and correct copy of a printout of a 321 Studios Press Release, which I located and printed from the Internet website "Yahoo! Finance" (at the address http://biz.yahoo.com/iw/020513/041965.html) on January 9, 2003.  I located this press release by typing the term "DVD Copy Plus" into the "Yahoo!" search engine.

5.  Attached as Exhibit D is a true and correct copy of a printout of an article entitled "Renegade Offers 'Legal' DVD Copying," which I located and printed from the Internet Website "CNN.com," (at http://www.cnn.com/2002/TECH/ptech/11/12/new.dvd.copy.ap/index/html) on

1   November 27, 2002.  I located this article via an Internet "link" contained within a "News

2   Archive" located at the 321 Studios' website, located at "www.321studios.com."

3

4        6.   Attached as Exhibit E is a true and correct copy of a printout of excerpts of postings

5   to an Internet message board thread entitled "321 Studios crank it up a notch," located at

6   http://forums.afterdawn.com/thread_view.cfm/1/8552, which I located and printed on December

7   27, 2002.  I found this particular thread in a message board entitled "News Comments," located

8   at an internet site entitled "Afterdawn.com."  I located the "Afterdawn.com" website via a link

9   entitled "Forums" appearing on 321 Studios' "DVDXCOPY" website, "www.dvdxcopy.com."

10  By clicking on the "Forums" link, I was taken to a set of internet message boards entitled "The

11  official DVDXCopy discussion and support forum," located at "http://dvdxcopy.afterdawn.com."

12

13       I declare under penalty of perjury under the laws of the United States that the foregoing is

14  true and correct.

15

16       Executed on this _7_ day of January, 2003, at Los Angeles, California.

17

18

19                                          Marc E. Mayer

20

21

22

23

24

25

26

27

28

Mitchell Silberberg &
Knupp LLP

# MARC E. MAYER DECLARATION

# EXHIBIT A

> HOME    > PRODUCTS    > F.A.Q.    > SUPPORT    > NEWS    > AFFILIATES    > CONTACT    > ORDER

## Protect Your Rights!

### WWW.PROTECT FAIR USE.ORG







**FREE DVD MOVIE**
**SEE BELOW**

### BRAND NEW VERSION 4.2!
# DVDCopyPlus4.2

**A**ll the software you need to COPY your own DVD Movies is included in DVD Copy Plus 4.2! With detailed, easy to follow, step-by-step instructions, you can COPY and BURN your own DVD Movies using nothing more than our software, a DVD-ROM and your CD-R.

- **Playback on any home DVD player***
- **Backup your DVD Movie Collection**
- **No Expensive DVD Burner Required**
- **Free Live Technical Support**

**E**verything in DVD Copy Plus 4.2 is presented in an easy, simple to use, application interface. We've made it easier than ever before to start using it right away! **ALSO INCLUDED FREE** with your purchase: PowerCDR5 and DVDPhotoPro! These programs allow you to transfer VHS tapes to DVD, burn music CDs, software, Playstation games, and files of all kinds!

### Get **PowerCDR5** FREE (a $60 Value!)

- Copy Playstation 1 Games
- Copy Software and Music CDs
- Archive & Backup to DVD**

### Get **DVDPhotoPro** FREE (a $30 Value!)



- Create Family Tree Videos
- Convert VHS Tapes to CD-R(W)
- Create Slide Shows on CD-R(W)

---

## So don't Delay... Order Today and Receive

| | | |
|---|---|---|
| **DVD Copy Plus 4.2** | $49.99 | |
| **PowerCDR 5** | $59.95 | (FREE) |
| **DVD Photo Pro 3.0** | $29.95 | (FREE) |
| **FREE DVD Movie** (Choose Any Title) | $20.00 | (FREE) |
| **Total Value** | $159.89 | |

**Order Today - Limited Time Offer - *Only $49.99***
**Own all the DVD's you've always wanted**
**and start burning today!**



**Unconditional 30 Day Money-Back Guarantee**
**Read Our Customer Testimonials**

---

### GET A FREE DVD MOVIE
★ ANY TITLE OF YOUR CHOICE ★
**>> CLICK HERE FOR DETAILS <<**

CHOOSE FROM THE ENTIRE SELECTION AT
**BLOCKBUSTER VIDEO, HOLLYWOOD VIDEO**
**AMAZON.COM, COLUMBIA HOUSE** OR
**OUR ONLINE DVD STORE!**

## WHAT ARE YOU GONNA DO
## WITH THE DISCS?

You're about to order DVDCopyPlus (or
already have), and soon you'll have movies

Case 3:02-cv-01955-SI   Document 70-2   Filed 01/10/03   Page 7 of 23



on disc, but no place to put them! 321Studios has the solution.

### DVD MovieCases!

Just like the cases shipped with your professionally produced films, MovieCases are the smart fun alternative to jewel cases.

**ORDER DVD COPY PLUS NOW WITH
10 MOVIECASES and GET 2 MOVIECASES FREE!**

# PROTECT FAIR USE!
**Defend Your Right to Make Back-up Copies of DVDs**



Enter ZIP Code

*DVD Player must support VCD/SVCD format. Most DVD players include this feature.
**DVD Recordable Drive Required.

http://www.dvdcopyplus.com/index.htm?a=                                   1/9/03

# MARC E. MAYER DECLARATION

# EXHIBIT B

**3 2 1**
S T U D I O S

▸ Home      ▸ F.A.Q.      ▸ Support      ▸ Forum      ▸ Affiliates      ▸ Contact      ▸ Order

## Protect Your Rights!
### www.ProtectFairUse.org

Get the Latest DVD X COPY Update... [more]

---

# MAKE PERFECT COPIES OF YOUR DVDS!
## ...IN ABOUT AN HOUR

 

## BACKUP COPY & RESTORE DVD MOVIES TO DVD R(W)

**BACKUP & COPY DVD MOVIES**
**RESTORES SCRATCHED & DAMAGED DVD'S**
**COPY ALL MENUS, TRAILERS & SPECIAL FEATURES**
**PERFECT IMAGE & AUDIO QUALITY**

**A**ll the software you need to **BACKUP, COPY & RESTORE** your own DVD Movies is included in
DVD**X**COPY ! Within minutes, using our easy One-Click technology, you can COPY and BURN your own DVD
Movies using nothing more than our software, a DVD-ROM and any DVD Burner including DVD-R, DVD-RW,
DVD+R or DVD+RW.

## PROTECT YOUR DVD INVESTMENT

**N**ow you can backup your favorite DVD movies
with nothing more than a DVD burner and your

## REALLY POWERFUL SOFTWARE

• Easy "One-Click & You're Done" Software
• Copy most DVDs in about an hour
• Backup your entire DVD movie collection

Case 3:02-cv-01955-SI   Document 70-2   Filed 01/10/03   Page 10 of 23

DVD X COPY: Make Perfect Copies of Any DVD Movie!                           Page 2 of 2

home computer with DVD**X**COPY software. There's no need to invest hundreds of dollars in replacing lost or damaged DVD discs. Not when DVD**X**COPY lets you make backup copies of all your DVD movies using a standard DVD+R or DVD-R burner! Best of all, your copies will play on your home DVD player just like regular DVDs! (Most Newer DVD Players support DVDR or DVD RW)

### FREEDOM

**T**he movies you create can be played anywhere - in the living room on your home theater system, or in your portable DVD player or PC with DVD drive. Now you can take your favorite movies with you on the plane, in the car, or wherever you go. If they get lost, stolen, or scratched, you've still got the original safe at home. Now you can make copies of your own home movies to send to friends and family. Now you can backup copies of your entire DVD movie collection without spending hundreds of dollars replacing damaged discs.

### PERFECT DVD QUALITY

**E**very backup copy you make with DVD**X**COPY is EXACTLY like the original. Nothing is compressed or left off the disc.



(Actual Screenshot from Software)

- Copy Menus, Trailers, & Special Features
- Perfect DVD Video & Audio Quality
- Restore Scratched or Damaged DVDs
- Free Live Technical Support



(Actual Screenshot from Software)

### HOW IT WORKS

**Step 1:** Install DVD**X**COPY on Computer
**Step 2:** Insert Blank DVD Disc
**Step 3:** Press COPY NOW to Backup DVD

*It couldn't be easier!*

### ORDER TODAY & SAVE

## Your Price: $99.99

ORDER NOW

# MARC E. MAYER DECLARATION

# EXHIBIT C

 

   

[ Latest Headlines | Market Overview | News Alerts ]

**Monday May 13, 9:00 am ET**

**Press Release**

*SOURCE: 321Studios.com*

# Copy Your DVD Movies With Your CD Burner

## DVD Copy Plus Copies DVD Movies To CD-R's That Can Be Played On DVD Players

ST. LOUIS, MO--(INTERNET WIRE)--May 13, 2002 -- Want to insure your DVD collection against scratching, heat damage and other indignities destined to reduce your favorite movies to unplayable pieces of plastic? Now you can make backup copies with **DVD Copy Plus**, a software package from 321Studios.com that reproduces the video and audio contents of any DVD via a standard CD burner. No DVD burner is needed, and the CD-R copies can be played on portable and home DVD players as well as PCs with DVD drives.

**DVD Copy Plus** combines three freeware utilities for decoding, storing and burning the DVD contents with interactive tutorial software developed by 321Studios.com to simplify those highly technical applications for use by anyone with a general knowledge of Windows. Step-by-step instructions utilizing a wizard-like interface reduce the complex, time-consuming and confusing processes required to use the utilities to 16 simple point-and-click procedures. The product also includes free, unlimited 24x7 technical support by telephone or live chat, plus an extensive online FAQ and knowledge base.

Just install **DVD Copy Plus**, stick the DVD in your DVD-ROM drive and a blank CD-R in your CD burner, and follow the interactive instructions. Menu options make it possible to select your preferred screen format, including wide screen and letterbox; copy subtitles in any language available on the original DVD; and include special features such as movie trailers and bonus tracks. Only the interactive playback options of the original DVD are not reproducible.

Copies can be made either in the VCD format, which produces a VHS-quality reproduction, or in the SVCD format, which is comparable to digital TV or broadcast satellite in quality. Most DVD movies will require two CD-Rs for complete duplication.

Copying speeds can vary from real-time to double or triple the duration of the original DVD, depending on the speed and memory configuration of the user's PC. The duplication process can be configured to run unattended.

**Specifications, Availability and Support**

**DVD Copy Plus** is available as a download or on CD from 321Studios.com at 866-DVD-COPY (866-383-2679) or www.321studios.com. The $39.95 price includes free live 24-hour technical phone support, email support, interactive online chat with technical support representatives, and a 30-day risk-free trial. Minimum system requirements include a Pentium-class PC, Windows 95/98/ME/2000/NT/XP, a DVD-ROM player, a CDR or CD-RW drive, and blank CD-Rs for recording. Copies created with DVD Copy Plus will play on any DVD player equipped to play the VCD or SVCD format as well as on PCs with DVD drives.

**About 321Studios.com**

321Studios.com is a leading provider of DVD authoring software. DVD Copy Plus includes all the software required to burn backup copies of DVD movies on regular CD-R media, enabling consumers to protect their investment in their DVD libraries by inexpensively creating a duplicate collection to insure against loss in the event of scratching and other damage. The company is privately held and headquartered in St. Louis, Missouri, with offices in Berkeley, CA, and Philadelphia, PA. For more information, visit www.321studios.com.

*Contact:*

```
Contact: Steve Simon
Voice: 847-955-7730 ext. 237
Email: steve1@sspr.com
```

Email this story - Most-emailed articles - Most-viewed articles

**Related News Categories:** software

**ADVERTISEMENT**

**Special Offers**

· Join Gevalia Kaffe today & Get a Great Gift!

· AT&T Wireless. Get a FREE Nokia 3360 and plans from $19.99!!

· Find a Credit Card NOW! eCreditCards.com (U.S. Only)

· Get 25 free trades from Ameritrade. Go!

· $8.95 Domain Name Registrations & $7.75 Transfers at GoDaddy.com

· CyberTrader unveils lower commissions.

· Interest rates won't stay this low forever. Yahoo! Mortgage Center

· Paying too much for car insurance? Find out

· Planning to Sell or Buy a Home? Compare REALTORS® and View Homes!

· $7.77 Web Hosting + 2 Months FREE!

Search News

Copyright © 2002 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service
Copyright © 2002 Internet Wire. All rights reserved. All the news releases provided by Internet Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.
Questions or Comments?

# MARC E. MAYER DECLARATION

# EXHIBIT D



# CNN.com/TECHNOLOGY

CNN Europe | CNN Asia | Languages ▼ | On CNN TV | Transcripts | Headline News | CNN International | About CNN.

**SEARCH CNN.COM:**

Home Page
World
U.S.
Weather
Business
Sports
Politics
Law
Technology
Science & Space
Health
Entertainment
Travel
Education
Special Reports


**Make your home the BEST PLACE TO LIVE**

**SERVICES**
Video
Newswatch
E-Mail Services
CNN To Go

**SEARCH CNN.COM:**

# Renegade offers 'legal' DVD copying

Tuesday, November 12, 2002 Posted: 11:24 AM EST (1624 GMT)

**ST. LOUIS, Missouri (AP) -- After two decades in computer consulting, Robert Moore pulled out his laptop and pulled his son aside, hoping to teach the young man a thing or two about dad's work.**

What came of their brainstorming last year ultimately blossomed into 321 Studios, a developer and seller of DVD-copying software.

That put Moore -- an ex-Marine and college dropout -- on the front lines of one of the digital age's most volatile legal battles: the dispute between consumer rights and copyright protection.

Moore's adversary: Hollywood, which apparently believes products such as 321's flout a 1998 federal law that the movie industry contends bars the picking of electronic locks on copyright works.

"We're nothing compared to these guys; we realize that. We're a very, very tiny fish in a very large ocean," Moore, 42, said from his business in the St. Louis suburb of Chesterfield, dismissing the David vs. Goliath analogy as inapplicable here. "We're not even David's big toe."

## Code cracks copy protection

Since mid-2001, the company has sold more than 100,000 copies of DVD Copy Plus, which allows people to copy DVD movies onto CDs. It includes code that cracks the copy-protection scheme used for most commercial DVD movies.

New software released over the weekend by 321 Studios, called DVD X Copy, also unlocks the so-called Content Scramble System.

The company says the $100 product, which requires a DVD burner, will make perfect DVD copies in 60 to 90 minutes -- a far cry from the hours that DVD Copy



**Robert Moore, founder of 321 Studio's, shows his company's new DVD X Copy software.**

**Story Tools**
💾 SAVE THIS   ✉ EMAIL THIS
🖨 PRINT THIS   ☆ MOST POPULAR

### RELATED

• 321studios.com

• Motion Picture Association of America

advertiseme
Worldwi
Try 4 iss
Paging
Subscrib

Plus, which burns movies onto CDs, requires.

"People already are making DVD copies; we're just making it simpler with a couple of clicks of a button," said Rob Semaan, 321's chief executive. "It's not so earth-shattering from the technology environment because that stuff already exists. What we're doing is bringing it to the mass market."

## Court fight lingers

Hollywood sees things differently.

Last year, in a case brought by the movie industry, a New York federal appeals court ruled that the 1998 Digital Millennium Copyright Act bars the dissemination of computer code that circumvents the Content Scramble System -- or any other mechanism designed to prevent digital duplication of copyright material.

Moore said he had never heard of the law until a March newspaper story implied that products such as DVD Copy Plus might violate it.

Moore had considered making backup copies of DVDs as harmless as duplicating VHS tapes. But after reading the article, he said, "we all kind of freaked out."

Moore, a pastor's son, said he considered shuttering 321, fearing he might go to prison. He worried he might lose his dream house he helped build on a woody, four-acre spread by a lake -- the same place he and son Brian, 22, joined forces and minds at a kitchen table to create a company.

## Company sues studios

So in April, 321 Studios pre-emptively sued nine major movie studios in San Francisco federal court, seeking the right to sell its software.

Moore wants a judge to rule that 321's products are legal and do not violate the Digital Millennium Copyright Act. He considers court interpretations of the law to date overly broad, and believes its anti-circumvention provision is unconstitutional -- a claim that federal courts have rejected in other cases.

"Whether we knew or didn't know we were breaking the law was irrelevant," Moore said, adding that consumers should have every right to make backup DVDs to protect their investments in the plastic. "We're not thumbing our nose at copyright; we're standing up for the rights of consumers."

The lawsuit is scheduled for another court appearance this month.

## 'Exposing themselves to criminal prosecution'

Motion Picture Association of America spokeswoman Marta Grutka declined to discuss 321, citing the litigation. But she said people behind products that circumvent a DVD's scrambling technology "are exposing themselves to criminal prosecution" under the DMCA.

Moore said he was hoping to reach common ground with Hollywood, "but we can't get anybody there to talk to us."

So 321 has moved to allay some of industry's concerns. DVD X Copy injects electronic barriers into the copies it makes to keep them from being duplicated further.

It also inserts digital watermarks and identifying information that Moore said can

Case 3:02-cv-01955-SL   Document 70-2   Filed 01/10/03   Page 17 of 23

trace the source of any file that's transmitted over the Internet -- a feature studios are trying to include in the next generation of DVD recorders, players and discs.

## Different from Napster?

Executives at 321 -- who say they pour all profits back into operations and won't publicly discuss the company's finances -- believe that Hollywood, thirsting for all-or-nothing control, has wrongly lumped their 28-employee business in with the Napsters of the world.

"We tend to think of ourselves as middle of the road, the voice of reason," added Semaan, a native Australian whose ventures also include co-ownership of St. Louis-based Internet service provider Access US.

Fred von Lohmann, an attorney for the nonprofit Electronic Frontier Foundation, an online based civil liberties group, agrees.

"There's no reason why regular folks should be unable to make copies of their own property," he said, arguing that Hollywood's broad interpretation of the DMCA is not what Congress intended.

"If people misuse and sell bootlegs on the street, by all means they should be stopped. But we shouldn't all be denied fair use because some misuse."

Copyright 2002 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**Story Tools**   SAVE THIS    EMAIL THIS    PRINT THIS    MOST POPULAR

## TECHNOLOGY   TECHNOLOGY NEWS

Turkey sites cover hunting to stuffing


- TechWeb: Security hole in RealPlayer
- Apex rises in DVD market
- Firm to settle Net porn scam

## TOP STORIES   CNN.com HOME PAGE

Kissinger to lead 9/11 probe


- Early going good for Thanksgiving travelers
- Inspectors praise Iraqi cooperation on first day
- **CNN/Money:** Nasdaq up 3 percent to 5-month high

SEARCH CNN.COM: [        ] GO

© 2002 Cable News Network LP, LLLP.
An AOL Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

All external sites will open
CNN.com does not endors

http://www.cnn.com/2002/TECH/ptech/11/12/new.dvd.copy.ap/index.html          11/27/02

# MARC E. MAYER DECLARATION

# EXHIBIT E



Click here to support this site

Want to advertise here? Click here for information!

afterdawn.com        Add to bookmarks   Search messages   Create new account!   Log in
Feedback



afterdawn.com / message boards / news comments / 321 studios crank it up a notch /

# 321 Studios crank it up a notch

Page: First ... 6 7 8 9 10 11 12 13 14 15 16 ... Last

| Posted | Message |
|---|---|

Join NetFlix — unlimited DVD rentals for $19.99 a month!

**rhmoore_**
DVDXCopy
Moderator

BTW, the file name for the beta is no longer dvdxcopybeta.exe. It is dvdxcopy_beta_1.exe.

21 Oct 2002 2:56 PM  Floyd: Maybe you were looking for the wrong file before.

---

Robert H Moore
President
321Studios.Com

**321Dev_**
DVDXCopy
Moderator

Hi, I'm a developer at 321Studios, and now that we have the Beta out to some users, I'd like to address some of the issues that have been raised on this forum.

21 Oct 2002 3:03 PM  DeCSS and legal issues:

The dispute between whether or not DVD XCopy uses deCSS is more an issue of semantics than substance. When Robert says we don't use DeCSS he is referring to the source code for DeCSS, about which there was such a flap a year or so ago. Bottom line is, yes, the software has to descramble the contents of the DVD in order to do anything useful with it. It does so using techniques we have developed

ourselves based on information that we have legally acquired.

{I Am Not A Lawyer disclaimer goes here, as does the fact I'm ignoring the unconstutional portions of the DMCA.}

In particular we did not violate copyright, non-disclosure, licensing, contracts, or trade secrets to get this information; and the information is not covered by patent.

Although it might be possible for unscrupulous persons to perform illegal acts while using our product we have made a reasonable effort to prevent such use without getting involved in a technical war. We see no future in "you can't copy this because our encryption scheme is better than yours" battle.

Users of our product will not commit illegal acts accidentally — they would have to make an intentional effort to do so.

As part of this "reasonable effort" we do not leave a clear copy of the movie on the user's hard drive (previous versions did which is why Robert suggested burning with Nero — that technique doesn't work anymore.)

Our goal is to enable users who wish to use our product to make fair-use of material protected by copyright to to do so without being unduly inconvenienced (you have to watch an 8 second warning.)

.. to be continued

**321Dev_**
DVDXCopy
Moderator

Comparing DVD XCopy to IFOEdit, et. al.

21 Oct 2002 3:06 PM
IFOEdit is a great product – as are several other public domain programs. There is also some crap out there, caveat downloader (wish I knew the Latin for "downloader"). On the other hand, IFOEdit does not address our target market. If I gave IFOEdit to an average computer user the brain-meltdown would probably occur within 30 seconds. We have truly targeted a one-click solution (well, at the moment it takes two clicks, but hey, who's counting?)

In addition to ease-of-use, we believe our product solves some of the problems we have found in other solutions. These problems manifest themselves as "This movie won't play on that player." We still require that the DVD player be able to physically read the media (some don't like DVD-R, some don't like DVD+R, etc.) but we are working toward avoiding logical errors that some players have with brute-force copying techniques.

**hiGh-5_**
Newbie

21 Oct 2002 3:06 PM
to all those reporting the "cannot find archive.txt"-problem: RTFM and do not change the installation path and dont start dvdxcopy with desktop-icon

my Beta-report so far:
download went fine, no problems
installation went easy after reading README.TXT :-)
i am just backing up a Cheech&Chong movie, estimated time is 45 mins - will be back when done

**This message has been edited since posting. Last time this message was edited on 21 Oct 2002 3:07 PM**

**321Dev_**
DVDXCopy
Moderator

Where does DVD XCopy split the movie?:

21 Oct 2002 3:08 PM
We have an "intellegent" algorithm for splitting the movie automatically. I won't go into details now, but I will say it splits between chapters so the odds are we won't catch you mid-explosion. In future releases we hope to provide the user with more control, if they want it. but our primary goal for this product is always going to be ease-of-use, not geek-level power (speaking as a geek)!

**321Dev_**
DVDXCopy
Moderator

Why didn't the beta go out when Robert said it would?

21 Oct 2002 3:10 PM
Hey, we're writing software here! The complexity level for the second disk in particular if we want it to play on all (or almost all) players, is roughly the same as authoring the DVD in the first place. In some
cases it's more complex since we're trying to adapt the existing authoring information rather than having the freedom to make it up as we need it.

The first release won't completely solve these problems (for example: there may be glitches on disk two when performing more complex actions, say skipping from chapter to chapter, etc.) but we think we know how to solve them in the future.

Bottom line is we're optimists because realists have more sense than to get into software development, so development schedules tend
to run somewhat ahead of reality.

**321Dev_**
DVDXCopy
Moderator

So what can we expect in the beta?

21 Oct 2002 3:12 PM
As some testers have discovered our testing on XP was limited (we do the development on Win 2K, 'cause we like it better than XP.) We're
addressing the OS testing issue, and expect to have full testing done before we ship the first non-beta release.

We also have not tested with very many drives. That too is being addressed even as I type.

Disk two produced by the beta doesn't start the way we really want it to. Right now you end up back at the main menu and you have to click
"Play movie" to continue viewing the movie.

It has problems if you have TWO DVD writers in your system. I had to pull the DVD-RW drive to do the final test of the beta to the DVD+R
drive. (We should all have such problems, eh?) Needless to say we're working on that one.

There are numerous cosmetic problems in the beta. I was particularly embarassed by the "Burning disk 2 of 0" message, but I think I fixed that one.

Does it do PAL?

Not yet. We're working on that, too.

**Floyd_**
DVDXCopy
Moderator

21 Oct 2002 3:31 PM

rhmoore - Getting it fine now. I was using a simple prompt command before but using WS_FTP now where it shows that you did change the name of the file! DOH!

Cheers

Dougie :)

**dRD**
Da Boss

21 Oct 2002 3:40 PM

321dev: Out of curiosity, what's that different in PAL and NTSC, since -- AFAIHU (as far as I have understood) -- you don't actually process the video at all, but instead cut the movies based on the IFO data in order to split them over two 4.7GB discs?

Petteri Pyyny
Webmaster
http://AfterDawn.com/

Please read our guides before posting questions! Guides are available here:
http://www.afterdawn.com/articles/

**hiGh-5_**
Newbie

21 Oct 2002 3:41 PM

ok, more beta-reports:
backup went well under xp with pioneer a03 (ext. firewire) using a princo dvd-rw
it took 44 mins for the backup (4.4 gb) and about 25 mins to burn
movie was cheech&chong 'up in smoke' - PAL
dvd-player mustek 562S recognizes the dvd and plays up to the menu, after selecting main movie it freezes - guess it's because it's a pal-dvd

burning a dvd-r now, lets see how it works

**dvd-tech_**
Newbie

21 Oct 2002 3:44 PM

Robert

I have been reading this thread all day and have had to grit my teeth at times as I am sure that you have. May I say that I think 321 studios have preformed superbly under extreme pressure from the public out there.

My hat goes off to your software developers

I also spoke to Mike today and is arranging all the info that I require to sucessfuly launch DVD XCOPY in the UK.

Keep up the good work

**Lawman_**
Member

21 Oct 2002 4:15 PM

hiGH-5: RTFM - does that mean retry film?

after 13 hrs my brain is dead....

**rhmoore**
DVDXCopy
Moderator

21 Oct 2002 4:22 PM

Everyone: Please understand, we are aware of the XP problems. I don't mind you emailing your results, but if you are using XP and it is not working, don't freak out! If you haven't done so already, please subscribe to the ListServ so that you can be notified as soon as the new beta addressing the XP problems is released.

Thanks for trying and thanks for your patience. We will resolve these problems.

Cheers!

dvd-tech: Thanks Kieron. We appreciate your support and patience.

Robert H Moore
President
321Studios.Com

**ABCman**
Newbie

21 Oct 2002 5:17 PM

dRD,

Is there anyway I can change my response to getting updates on this thread. I check this forum about 2-3 times a day already but I am getting 25-30 emails about updates.

Also since a lot of the replies are dealing with the beta how about just a topic for people that are beta testing and people who want to read about the test. This may make things a little easier for some people just getting on board to follow without reading all these post (and many more to come I am sure).

Just a suggestion.....

Keep up the good work.......This site is really making things come together for DVD backups.

**reggyn**
Newbie

21 Oct 2002 5:36 PM

321 Studios releases DVDXCOPY!?!

http://www.cdfreaks.com/news2.php3?ID=4957

You guys are starting to get write ups already. LOL.

**LIGHT_UK**
Newbie

21 Oct 2002 5:36 PM

lol, glad im not the only one who is getting a tad annoyed by this! Normally boards only email once no matter how many replys the thread gets. Then once you've visited the board again, it resets itself and then emails once more before again waiting for you to visit.

Even posting again and unchecking the little notification box doesnt work :-(

Still...I guess if the board is made in-house, you have to expect these short-comings. Stick InvisionBoard on! It rules! ;)

**Lawman**
Member

21 Oct 2002 5:38 PM

starting program from program folder solved the problem of the (Cannot read Archive.txt) error.

reads ConAir in 7mins 40 seconds. then the gear windows pops up, and shows what cd / dvd drives I have. but cannot choose the Philips 228 DVD Writer, only allows me to choose my Asus CD writer.

Windows XP Home Ed. Athlon 1900+XP 512meg mem.
Asus48/16a / Pioneer 106 DVD Rom region free / Philips 228 DVD Writer region free.

**LIGHT_UK**
Newbie

21 Oct 2002 6:19 PM

Does it support dvd+r/+rw drives?
Im guessing its looking for the dvdr bit in the cd capabilites page. The +r drives probably wont have this set and so it doesnt think its a burner.
Of course I could just be speaking out of my butt...Im not sure exactly how they've implemented the burning stuff. I hope they're having as much fun as I am!
Well, 321 people, if you're not checking the features and profiles, I suggest you look into it. :)

**rhmoore_**
DVDXCopy
Moderator

21 Oct 2002 6:26 PM

Actually, that's a bit of a bug and an improper implementation. If you choose the drop down for the burner, it may only show your CDR, but you should notice there are some smaller scroll buttons in that drop down where you can choose your DVD Burner. Small bug that is being fixed as we speak.

Cheers!

Robert H Moore
President
321Studios.Com

**rhmoore_**
DVDXCopy
Moderator

21 Oct 2002 6:32 PM

For those of you experiencing trouble downloading the beta, you CANNOT access the ftp folder by simply using IE or Netscape to goto ftp.321studios.com. That will only log you into the anonymous ftp site, where you will see a couple dozen files.

You need to use an ftp client OR using IE or Netscape you can use the following link AFTER replacing the username:password with the username and password I sent you by email.

ftp://username:password@ftp.321studios.com

It was my mistake in the first place by assuming you would use an ftp client, hence the original link that I sent by email.

Cheers!

Robert H Moore
President
321Studios.Com

**dRD_**
Da Boss

21 Oct 2002 6:38 PM

Hi guys, now this thing _SHOULD_ send a reminder message that also includes an URL that you can click in order to unsubscribe from this thread.

And yes, the whole thing is built in-house — it allows much, MUCH better integration with news articles and such :-) But obviously it doesn't have all the c00l features yet.

Petteri Pyyny
Webmaster
http://AfterDawn.com/

Please read our guides before posting questions! Guides are available here:
http://www.afterdawn.com/articles/

**Lawman_**
Member

21 Oct 2002 6:49 PM

well it's midnight now in the UK, have been at it since 07:30 this morning, been a great learning experiance, never been involved in beta testing before. will be up again in 7 hours to continue, My two Cats are feeling a bit left out though, still a cuddle and a bit of steak will put them right. goodnight one and all. keep up the good work.

**magictown_**
Newbie

21 Oct 2002 7:21 PM

I've been beta testing for the last 10 years for MS (New Technology & MSN et all) but I'm yet to download this one successfully!!!:(

**phil1991_**
Member

21 Oct 2002 7:35 PM

Can you use a dvd rom drive with this software to burn.. Basically, friend wants to know can you backup your movies w/o having a burner.

**dRD_**
Da Boss

21 Oct 2002 7:43 PM

phil1991: Can your stand-alone DVD player record music from FM radio? No, it can't :-) So, DVD burner is needed for DVD burning.

Petteri Pyyny
Webmaster
http://AfterDawn.com/

Please read our guides before posting questions! Guides are available here:
http://www.afterdawn.com/articles/

Do you find our forums and our site useful? Please consider making a **donation** to our site, this would help