KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
DARALYN J. DURIE - #169825
LLOYD A. FARNHAM - #202231
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim Defendants
321 STUDIOS, ROBERT MOORE, ROBERT SEMAAN, and VICTOR MATTISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 321 STUDIOS,<br><br>                    Plaintiff,<br><br>     v.<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., et al.,<br><br>                    Defendants,<br><br>METRO-GOLDWYN-MAYER STUDIOS INC., et al.,<br><br>                    Counterclaimants,<br>     v.<br><br>321 STUDIOS, ROBERT MOORE, ROBERT SEMAAN, and VICTOR MATTISON,<br><br>                    Counterclaim Defendants. | Case No. C 02-1955 SI<br>[E-filing]<br><br>**DECLARATION OF LLOYD A. FARNHAM IN SUPPORT OF 321 STUDIOS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     April 25, 2003<br>Time:    9:00 a.m.<br>Dept:    Courtroom 10, 19th Floor<br>Judge:   The Honorable Susan Illston |

I, Lloyd A. Farnham, declare and state as follows:

1.  I am an associate of Keker & Van Nest, L.L.P.  Keker & Van Nest represents Plaintiff and Counterclaim Defendants 321 Studios, Robert Moore, Robert Semaan, and Victor Mattison in the above-captioned action.

2.  I am an attorney admitted to practice in the State of California and before the United States District Court in the Northern District of California.  I submit this declaration in support of 321 Studios' Opposition to Defendants' Motion For Summary Judgment.  The information below is stated on personal knowledge of the facts set forth herein, unless otherwise noted, and if called as a witness, I could and would testify competently thereto.

3.  Attached hereto as Exhibit A is a true and correct copy of signed declarations received from customers that have used, or would like to use, 321 Studio's products.  The declarations are in alphabetical order by the last name of the customer.

4.  Attached hereto as Exhibit B is a true and correct copy of a printout of pages from the Internet website for the Motion Picture Association of America ("MPAA"), located at http://www.mpaa.org.  The attached pages relate to the MPAA's efforts to stem piracy, and document the MPAA's success in preventing piracy.

5.  Attached hereto as Exhibit C is a true and correct copy of an article published in the Washington Post on October 7, 2002 titled "Hollywood Sees the Big Picture with DVDs."

6.  On information and belief, MPAA spokesperson Marta Grukta has made public statements to the effect that any use of 321 Studio's products on a CSS-encoded DVD is illegal under the DMCA, regardless of how the products are used.

Executed this 21st day of February 2003, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

LLOYD A. FARNHAM

---

1

**Declaration of Lloyd A. Farnham In Support Of Opposition To Motion For Summary Judgment**
**Case No. C 02-1955 SI**

307588.01